Before ROY L. RICHTER, P.J., ROBERT G. DOWD, JR., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Jeffrey First appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission, affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

Elizabeth Caccia NELSON, Claimant/Appellant,

v.

DIERBERGS MARKETS, Employer/Respondent.

and

Self c/o Corporate Claims Mgt., Insurer.

No. ED 88111.

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 26, 2006.

David G. Plufka, St. Louis, MO, for appellant.

Loretta A. Simon, Greta E. Cheney, Simon and Early, P.C., St. Louis, MO, for respondent.

Amir ALIBEGOVIC and Tanja Redzonic, on behalf of themselves and all others similarly situated, Plaintiffs/Respondents,

v.

PRIME TV, L.L.C., Defendant,

and

Directv, Inc., d/b/a Directv, Defendant/Appellant.

No. ED 88040.

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 26, 2006.

John S. Steward, Burstein Law Firm, P.C., Clayton, MO, for respondents.